LOS ANGELES & SALT LAKE RAILROAD COMPANY
and Union Pacific Railroad Company, Plaintiffs, v.
PUBLIC SERVICE COMMISSION OF UTAH
et al., Defendants.

No. 7654.   Decided February 9, 1953.   (253 P. 2d 355.)

For former opinion see 121 Utah 209, 240 P. 2d 493.

*Bryan P. Leverich, M. J. Bronson, A. U. Miner, Howard
F. Coray, D. A. Alsup,* Salt Lake City, for plaintiffs.

*Arthur H. Nielsen, Dean E. Conder,* Salt Lake City, for
defendants.

PER CURIAM.

On petition for rehearing it is made to appear to this
Court that the parties hereto have stipulated that the order
heretofore made in this case on January 29, 1952 be, and
the same is modified in the following particulars:   The
case is remanded to the Public Service Commission with
directions to enter an order that the station at Blackrock
shall remain open, with an agent in charge thereof, during
the period from February 20 to May 31 of each year, and
that said station may be operated as a non-agency station
during the balance of each and every year, during which
time the applicants herein, Los Angeles & Salt Lake Rail-
road Company and Union Pacific Railroad Company, will
maintain satisfactory service at said station, such as access
to a telephone, shelter with a stove and fuel; with this
modification of the order the petition for rehearing is
denied.